Case Name: ROBERTS, CAROLYN I
Case No:     08-70282

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: June 25, 2008             WILLIAM T. NEARY
                                 United States Trustee, Region 11


                        BY:    */s/ Carole J. Ryczek*
                               CAROLE J. RYCZEK
                               Attorney for the U.S. Trustee