IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
ROBERTS, CAROLYN I

CASE NO. 08-70282 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-8265

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:  U.S. BANKRUPTCY COURT
        211 South Court Street, Room 115
        Rockford, IL 61101

   on:  July 28, 2008
   at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,250.11 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 869.50 | |

4. The Trustee's Final Report shows total:

   a. Receipts                               $        5,001.06

   b. Disbursements                          $            4.95

   c. Net Cash Available for Distribution    $        4,996.11

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $2,876.50, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $74,937.03, resulting in an approximate distribution of 3.84% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE: June 17, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3                  User: lorsmith                Page 1 of 2                  Date Rcvd: Jun 27, 2008
Case: 08-70282                        Form ID: pdf002               Total Served: 30

The following entities were served by first class mail on Jun 29, 2008.
db           +Carolyn I Roberts,   233 N Main Street,   Stockton, IL 61085-1301
aty          +Jason K Nielson,   The Law Offices of Peter Francis Geraci,   55 East Monroe St. Suite #3400,
               Chicago, IL 60603-5920
tr           +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
11918660     +AT&T Universal Card,   Bankruptcy Department,   PO Box 44167,   Jacksonville, FL 32231-4167
11918647     +Bank of America/MBNA,   Bankruptcy Department,   PO Box 15026,   Wilmington, DE 19850-5026
11918666     +Blackhawk Area Credit,   Attn: Bankruptcy Dept.,   1555 S. Float Ave,   Freeport, IL 61032-6501
11918664     +Blackhawk Area Credit,   Attn: Bankruptcy Dept.,   1555 S. Float St,   Freeport, IL 61032-6501
12137780     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11918649     +Capital One,   Bankruptcy Department,   PO Box 85520,   Richmond, VA 23285-5520
11918651      Chase,   Attn: Bankruptcy Dept.,   PO Box 15298,   Wilmington, DE 19850-5298
12135404      Chase Bank USA, NA,   PO BOX 15145,   Wilmington, DE 19850-5145
11918669     +Citizens Bank,   Attn: Bankruptcy Dept.,   PO BOX 126,   Stockton, IL 61085-0126
11918662     +Citizens State Bank,   Bankruptcy Department,   PO BOX 126,   Stockton, IL 61085-0126
11918672     +Duvera Financial,   Attn: Bankruptcy Dept.,   5620 Paseo Del Norte #127,
               Carlsbad, CA 92008-4483
11918661     +FBS Card Service,   Bankruptcy Department,   PO Box 9487,   Minneapolis, MN 55440-9487
12307193     +FIA CARD SERVICES, N.A./BANK OF AMERICA,   by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11918657     +Household Bank,   Bankruptcy Department,   12447 S.W. 69th Ave.,   Tigard, OR 97223-8517
11918656     +JC Penny,   Attn: Bankruptcy Dept.,   PO BOX 981425,   El Paso, TX 79998-1425
11918663     +Norma Jean Hasken,   233 N Main St.,   Stockton, IL 61085-1301
12186176     +Pitney Bowes,   Credit Management Co,   POB 1396,   Madison CT 06443-1396
12186175     +Pitney Bowes,   Attn Bankruptcy Dept,   2225 American Dr,   Neenah WI 54956-1005
11961716      Recovery Management Systems Corp for GE Money Bank,   Attn: Ramesh Singh,
               25 SE 2nd Ave, Suite 1120,   Miami FL 33131-1605
11918659     +Sears/Citi Cards,   Bankruptcy Department,   8725 W. Sahara Ave.,   The Lakes, NV 89163-0001
12186177     +StoresOnline Inc,   Attn Bankruptcy Dept,   754 E Technology Ave,   Orem UT 84097-6204
11918668     +US Bank NA,   Bankruptcy/Recovery Dept.,   PO Box 5229,   Cincinnati, OH 45201-5229
11918671     +Vincent Roth & Toepfer,   Attn: Bankruptcy Dept.,   PO BOX 685,   Warren, IL 61087-0685
The following entities were served by electronic transmission on Jun 28, 2008.
11918653      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 28 2008 04:16:37      Discover Card,
               Bankruptcy Department,   12 Reads Way,   New Castle, DE 19720
12057325      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 28 2008 04:16:37
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
12216848      E-mail/Text: resurgentbknotifications@resurgent.com           LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12077071     +E-mail/PDF: rmscedi@recoverycorp.com Jun 28 2008 03:46:15
               Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY REWARDS MASTERCARD,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11918658      Norma Hasken,   Same as debtor
11918670      Norma Haskens,   Same as Debtor
11918650      Norma J. Hasken,   Same as Debtor
11918655      Norma J. Hasken,   Same as Debtor
aty*         +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
11918648*    +Bank of America/MBNA,   Bankruptcy Department,   PO Box 15026,   Wilmington, DE 19850-5026
11918652*     Chase,   Attn: Bankruptcy Dept.,   PO Box 15298,   Wilmington, DE 19850-5298
11918654*    ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
              (address filed with court: Discover Card,   Bankruptcy Department,   12 Reads Way,
               New Castle, DE 19720)
11918665*    +Norma Jean Hasken,   233 N. Main St.,   Stockton IL 61085-1301
11918667*    +Norma Jean Hasken,   233 N. Main St.,   Stockton IL 61085-1301
                                                                                   TOTALS: 4, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3         User: lorsmith           Page 2 of 2              Date Rcvd: Jun 27, 2008
Case: 08-70282               Form ID: pdf002          Total Served: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2008**          **Signature:**  *Joseph Speetjens*